CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Robert Doyle, Esq., SBN 321925
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858)375-7385; Fax (888)422-5191
Robertd@potterhandy.com

Attorneys for Plaintiff
SCOTT JOHNSON

CHRISTOPHER E. PANETTA, Esq. (SBN 175127)
EVAN J. ALLEN, Esq. (SBN 310617)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California 93942-0791
Telephone:      (831) 373-1241
Facsimile:      (831) 373-7219
Email: CPanetta@FentonKeller.com
Email: EAllen@FentonKeller.com

Attorneys for Defendants
ANTHONY SAMMUT, CHRISTINE SAMMUT,
and BBD WEST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>      v.<br><br>ANTHONY SAMMUT, in individual and representative capacity as trustee of The Anthony & Christine Sammut Revocable Trust, U/D/T dated February 14, 1992; CHRISTINE SAMMUT, in individual and representative capacity as trustee of The Anthony & Christine Sammut Revocable Trust, U/D/T dated February 14, 1992; BBD WEST, INC., a California Corporation,<br><br>            Defendants. | CASE NO.:  3:20-cv-07192-VC<br><br>**JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**<br><br><br>Date of Filing:      October 15, 2020<br><br>Trial Date:      None Set |

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{EJA-01067624;1}

JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE AND DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT / CASE NO.:  3:20-cv-07192-VC

1      COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD,

2 AND STIPULATE, AS FOLLOWS:

3      1.     WHEREAS, pursuant to the Court's October 15, 2020 Scheduling Order, the

4 deadline to hold the joint inspection of the premises is December 27, 2020 (sixty (60) days after

5 service of complaint). Dkt. 5;

6      2.     WHEREAS, the parties have been unavailable to conduct the joint site inspection

7 due to scheduling conflicts and therefore the parties require additional time;

8      3.     WHEREAS, the Parties have now agreed to inspect the property on January 15,

9 2021.

10      4.     WHEREAS, the parties previously agreed to extend Defendants' deadline to

11 respond to Plaintiff's Complaint from November 18, 2020 to December 18, 2020;

12      5.     WHEREAS, the parties have agreed to extend Defendants' deadline to respond to

13 Plaintiff's Complaint to January 15, 2021;

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{EJA-01067624;1}     - 2 -

JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE AND DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT / CASE NO.:  3:20-cv-07192-VC

1        6.     THEREFORE, it is hereby stipulated and requested that the deadline to conduct

2   the joint site inspection shall be extended to and including January 18, 2021, and Defendants'

3   deadline to respond to Plaintiff's Complaint shall be extended to and including January 15, 2021.

4   The parties request that all other dates that are calculated based on the inspection date be adjusted

5   accordingly.

6        IT IS SO STIPULATED.

7

8   Dated:  December 18, 2020        CENTER FOR DISABILITY ACCESS

9           POTTER HANDY, LLP

10

11       By:    _____/s/_____

12       David Ratner, Esq.
     Attorneys for Plaintiff SCOTT JOHNSON

13

14  Dated:  December 18, 2020        FENTON & KELLER, PC

15

16

17       By:    _____/s/_____
     Christopher E. Panetta, Esq.

18       Evan J. Allen, Esq.
     Attorneys for Defendants ANTHONY SAMMUT,

19       CHRISTINE SAMMUT, and BBD WEST, INC.

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{EJA-01067624;1}    - 3 -
JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE AND DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT / CASE NO.:  3:20-cv-07192-VC

1

**SIGNATURE ATTESTATION**

2       I hereby attest that all signatories listed above, on whose behalf this stipulation is

3   submitted, concur in the filing's content and have authorized the filing.

4   Dated:  December 18, 2020                    FENTON & KELLER, PC

5

6                                      By:    _____/s/_____
                                              Christopher E. Panetta, Esq.
7                                             Evan J. Allen, Esq.
                                              Attorneys for Defendants ANTHONY SAMMUT,
8                                             CHRISTINE SAMMUT, and BBD WEST, INC.

9

10

11

12                                      **ORDER**

13      IT IS HEREBY ORDERED that the joint site inspection of the premises required by this

14  Court's Scheduling Order shall take place no later than January 18, 2021, with all dates triggered

15  by that deadline continued accordingly.  It is further ordered that Defendants' deadline to respond

16  to Plaintiff's complaint shall be January 15, 2021.

17

18      IT IS SO ORDERED.

19

20  Dated:  December 21, 2020

21

22

23

24

25

26

27

28

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE AND DEFENDANTS'
DEADLINE TO RESPOND TO COMPLAINT / CASE NO.:  3:20-cv-07192-VC