CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Robert Doyle, Esq., SBN 321925
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858)375-7385; Fax (888)422-5191
Robertd@potterhandy.com

Attorneys for Plaintiff
SCOTT JOHNSON

CHRISTOPHER E. PANETTA, Esq. (SBN 175127)
EVAN J. ALLEN, Esq. (SBN 310617)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California 93942-0791
Telephone:    (831) 373-1241
Facsimile:    (831) 373-7219
Email: CPanetta@FentonKeller.com
Email: EAllen@FentonKeller.com

Attorneys for Defendants
ANTHONY SAMMUT, CHRISTINE SAMMUT,
and BBD WEST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY SAMMUT, in individual and representative capacity as trustee of The Anthony & Christine Sammut Revocable Trust, U/D/T dated February 14, 1992; CHRISTINE SAMMUT, in individual and representative capacity as trustee of The Anthony & Christine Sammut Revocable Trust, U/D/T dated February 14, 1992; BBD WEST, INC., a California Corporation,<br><br>        Defendants. | CASE NO.: 3:20-cv-07192-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING SITE INSPECTION DEADLINE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**<br><br>Date of Filing:    October 15, 2020<br><br>Trial Date:    None Set |

{EJA-01075684;1}

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING SITE INSPECTION DEADLINE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT /
CASE NO.: 3:20-cv-07192-VC

1  COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, AND STIPULATE, AS FOLLOWS:

2  1. WHEREAS, pursuant to the Court's October 15, 2020 Scheduling Order, the deadline to hold the joint inspection of the premises is December 27, 2020 (sixty (60) days after service of complaint);

3  2. WHEREAS, the Parties previously agreed to conduct the joint inspection on January 14, 2021;

4  3. WHEREAS, a scheduling conflict and possible COVID-19 exposure prevented the Parties from conducting the joint site inspection as scheduled;

5  4. WHEREAS, the Parties have now agreed to inspect the property by February 4, 2021;

6  5. WHEREAS, the Parties previously agreed to extend Defendants' deadline to respond to Plaintiff's Complaint to January 15, 2021;

7  6. WHEREAS, the Parties have agreed to extend Defendants' deadline to respond to Plaintiff's Complaint to February 4, 2021.

/ / /

{EJA-01075684;1}                                - 2 -
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SITE INSPECTION DEADLINE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT /
CASE NO.: 3:20-cv-07192-VC

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

THEREFORE, it is hereby stipulated and requested that the deadline to conduct the joint site inspection shall be extended to and include February 4, 2021, and Defendants' deadline to respond to Plaintiff's Complaint shall be extended to and include February 4, 2021. The parties request that all other dates that are calculated based on the inspection date be adjusted accordingly.

IT IS SO STIPULATED.

Dated:  January 14, 2021  CENTER FOR DISABILITY ACCESS

POTTER HANDY, LLP

By: _____/s/_____
Robert Doyle, Esq.
Attorneys for Plaintiff SCOTT JOHNSON

Dated:  January 14, 2021  FENTON & KELLER, PC

By: _____/s/_____
Christopher E. Panetta, Esq.
Evan J. Allen, Esq.
Attorneys for Defendants ANTHONY SAMMUT, CHRISTINE SAMMUT, and BBD WEST, INC.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 14, 2021  FENTON & KELLER, PC

By: _____/s/_____
Christopher E. Panetta, Esq.
Evan J. Allen, Esq.
Attorneys for Defendants ANTHONY SAMMUT, CHRISTINE SAMMUT, and BBD WEST, INC.

{EJA-01075684;1}   - 3 -
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SITE INSPECTION DEADLINE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT /
CASE NO.:  3:20-cv-07192-VC

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the joint site inspection of the premises required by this Court's Scheduling Order shall take place no later than February 4, 2021, with all dates triggered by that deadline continued accordingly. It is further ordered that Defendants' deadline to respond to Plaintiff's Complaint shall be February 4, 2021.

IT IS SO ORDERED.

Dated: January 15, 2021



_____
HON. VINCE CHHABRIA

{EJA-01075684;1}                                     - 4 -

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING SITE INSPECTION DEADLINE AND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT /
CASE NO.: 3:20-cv-07192-VC